# Finn, Appellant, *v.* Mellon.

*Taxation—Tax liens—Seated lands—Statutes—Repeal—Acts of April 29, 1844, Sec. 41, P. L. 501; June 4, 1901, P. L. 364, and May 21, 1913, P. L. 285.*

1. The Act of May 21, 1913, P. L. 285, relating to the "return of taxes on seated lands, and providing for the sale of such lands," repeals so much of the Act of June 4, 1901, P. L. 364, as in any way related to the procedure for the collection of the claims for taxes, and this included the filing of a claim for taxes in the prothonotary's office. The Act of May 28, 1915, P. L. 599, did not recognize the right of a municipality to file a claim for taxes in the prothonotary's office, as the act did not in any manner reënact any of the provisions of the Act of 1901, that were repealed by the Act of 1913.

2. The Act of June 1, 1915, P. L. 660, amending the Act of May 28, 1915, P. L. 599, did not undertake to declare that claims may be filed, nor the effect of such filing but merely stated that where such claims for taxes have been filed against separate or distinct properties in one amount covering all the properties, the authorities may accept the tax according to the tax rate and assessed valuation, against any of the pieces of property and thus discharge the lien against such property.

3. There is nothing in all the acts to support the view that the legislature intended authority be given county treasurers to sell land for taxes, and for the same taxes like authority be given to the sheriff; or that when one procedure was adopted for such sale, it preserves the procedure of the other set.

4. If there is no remedy provided for the enforcement of a lien, the lien is worthless.

Argued March 3, 1919.    Appeal, No. 33, Oct. T., 1919, by plaintiff, from judgment of Superior Court, April T., 1918, No. 72, affirming order of C. P. Beaver Co., March T., 1916, No. 336, dismissing exceptions to auditor's report in case of Henry Finn v. W. J. Mellon and Smith D. Hicks, Administrators of Hiram Hicks, defendants, and Emma Hicks, Smith D. Hicks, James H. Hicks, Geo. Hicks, Isabella Hicks, Margaret Schier and Charles Bradshaw, Guardian ad litem of Leroy Potter and Emma

148          FINN, Appellant, v. MELLON.

Potter, terre-tenants.    Before STEWART, MOSCHZISKER,
FRAZER, WALLING and SIMPSON, JJ.    Affirmed.

Appeal from Superior Court.

See Finn v. Mellon, 71 Pa. Superior Ct. 7.

The Superior Court affirmed the order of the common
pleas.    Plaintiff appealed.

*Error assigned* was judgment of the Superior Court.

*D. A. Nelson,* with him *James L. Hogan,* for appellant.

*Richard S. Holt,* for appellees.

PER CURIAM, June 21, 1919:

The single question involved in this appeal has met
with a very full and satisfactory discussion in the
opinion adopted by the learned Superior Court affirming
the judgment of the court below.    Our views accord with
those therein expressed.    The assignments of error are
accordingly overruled, and the judgment of the Superior
Court is affirmed.